# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00361-CR

**Eric James Dixon, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 57328, HONORABLE JOE CARROLL, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Eric James Dixon seeks to appeal a judgment of conviction for attempted deadly conduct. The trial court has certified that this is a plea bargain case and Dixon has no right of appeal, and also that Dixon waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000); *see also Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003). The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed:   August 9, 2006

Do Not Publish